**SHA-1 Hash:** FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7   **Title:** Tiffany Sex With A Supermodel
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.45.229.254 | 11/23/2011 10:28 | Mohegan Lake | NY | Optimum Online | BitTorrent |
| 2 | 74.89.128.30 | 2/18/2012 12:08 | Cross River | NY | Optimum Online | BitTorrent |
| 3 | 108.46.191.188 | 11/29/2011 3:51 | White Plains | NY | Verizon Internet Services | BitTorrent |
| 4 | 74.101.153.113 | 2/3/2012 2:48 | Scarsdale | NY | Verizon Internet Services | BitTorrent |
| 5 | 96.250.80.66 | 12/16/2011 16:13 | Port Chester | NY | Verizon Internet Services | BitTorrent |

EXHIBIT B

KSNY6